IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CALEB RAVIN,[1] | § | |
| | § | No. 528, 2019 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below—Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CN12-06874 |
| LYNN SPEARS, | § | Petition No. 19-20649 |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: May 8, 2020
Decided: July 1, 2020

Before **VALIHURA, VAUGHN**, and **TRAYNOR**, Justices.

# O R D E R

After careful consideration of the parties' briefs and the record on appeal, we conclude that the judgment below should be affirmed on the basis of the Family Court's order dated November 14, 2019, which accepted a Family Court Commissioner's order denying the appellant's motion to revoke child support.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Family Court is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice

---

[1] The Court previously assigned pseudonyms to the parties pursuant to Supreme Court Rule 7(d).